IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MELISSA TORRO, )
)
       Plaintiff, )
)
v. )
) Case No. 3:06cv493
REGIONS FINANCIAL CORPORATION; )
LIBERTY LIFE ASSURANCE )
COMPANY OF BOSTON )
)
       Defendants. )
_____ )

**ORDER**

UPON CONSIDERATION of, and for the reasons stated in, Defendants' Motion to Stay Proceedings Pending the Execution of a Settlement Agreement, it is hereby

ORDERED that the instant lawsuit is stayed pending the execution of a settlement agreement. The parties are hereby directed to provide written notice to the court regarding the status of the settlement agreement within thirty days of the date of entry of this Order.

Signed: August 30, 2007

Graham C. Mullen
United States District Judge